UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| PATRICIA CUNNINGHAM,<br><br>      Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br>HOME DEPOT U.S.A., INC.,<br>JOHN DOES 1-10 (fictitious names)<br>and ABC CORPORATION 1-10<br>(fictitious names),<br><br>      Defendants. | : <br>: <br>: <br>: CIVIL ACTION<br>: <br>: NO. 3:18-cv-15129(FLW)(LHG)<br>: <br>: **NOTICE OF MOTION TO REMAND**<br>  **TO STATE COURT PURSUANT**<br>:     **TO 28 U.S.C. §1447** |

TO:   LINDA WONG, ESQ.
        WONG FLEMING
        821 Alexander Road, Suite 200
        Princeton, New Jersey 08540
        Counsel for *Defendant, Home Depot U.S.A., Inc.*

PLEASE TAKE NOTICE that on December 17, 2018 at 9 A.M., or as soon thereafter as the matter can be heard, the undersigned, attorneys for plaintiff, PATRICIA CUNNINGHAM, will move, before the United States District Court for the District of New Jersey, Trenton Vicinage, located at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order remanding this matter to New Jersey State Court pursuant to 28 U.S.C.§1447.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Plaintiff will rely upon the accompanying Brief in Support of Motion to Remand Case and

Certification of Counsel.

                                        CARLUCCIO, LEONE, DIMON,
                                        DOYLE & SACKS, LLC
                                        Attorneys for Plaintiff, Patricia Cunningham

                                        By:   s/ Gary Ahladianakis
                                               GARY AHLADIANAKIS, ESQ.

Dated: November 16, 2018